AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Darryl L. Cook, ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.    0:14-cv-01169-RMG |
| United States of America, ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The plaintiff, Darryl L. Cook, shall take nothing of the defendant, United States of America, as to the complaint filed and this action is dismissed with prejudice.


This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding, having adopted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which granted defendant's motion to dismiss, or in the alternative, for summary judgment with prejudice.


Date:   May 7, 2015                                     *ROBIN L. BLUME, CLERK OF COURT*

                                                        s/ G. Mills
                                                        _____
                                                        *Signature of Clerk or Deputy Clerk*